**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **T.C.R.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:24-cv-296-CHW** |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | **Social Security Appeal** |
| | : | |
| **Defendant.** | : | |
| | : | |

## <u>ORDER</u>

The Commissioner filed his answer in this social security appeal on October 18, 2024. (Doc. 7). Local Rule 9.3 requires a social security claimant to file a supporting brief within 30 days after service of the Commissioner's answer. The 30-day period has expired. Plaintiff, who is represented by counsel, has filed no motion for remand or brief in support since the Commissioner's answer.

Accordingly, Plaintiff is hereby **ORDERED** to file a brief in support of her request for judicial review of the Commissioner's decision within **<u>14 days</u>** of the date of this Order. Plaintiff is advised that his failure to respond may result in the dismissal of this case pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 8th day of April, 2025.


s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge

1